IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| APRIL HENRY,<br><br>                            Plaintiff,<br><br>      V.<br><br>LIFE CARE CENTERS OF AMERICA, INC.,<br><br>                            Defendant. | 6:18-cv-01966-MK<br><br>JUDGMENT |

       Based on the stipulation of the parties (ECF No. 14), this action is dismissed with prejudice and without fees or costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

       Dated this 15th day of July 2019.

                                                       s/ Mustafa T. Kasubhai<br>
                                                       MUSTAFA T. KASUBHAI<br>
                                                       United States Magistrate Judge